IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ELLIOT H. DICKSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:20-cv-129 |
| FORNEY ENTERPRISES, INC., | ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on the Proposed Findings of Fact and Recommendations of the Magistrate Judge dated July 9, 2021. The parties have filed no objection.

After reviewing the Proposed Findings of Fact and Recommendations, the Court finds that it is neither clearly erroneous nor contrary to law. It is adopted and hereby

ORDERED that default judgment be entered in favor of Plaintiff, Elliot H. Dickson, and against Defendant, Forney Enterprises, Inc., in the total amount of $442,600.00 with interest from the date of judgment until paid. Plaintiff may submit a bill of costs to the Court in accordance with 28 U.S.C. § 1920 once a judgment has been entered.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
~~July ___, 2021~~
Aug 10, 2021